1
2
3
4
5
6
7
8

NOT FOR CITATION

9

IN THE UNITED STATES DISTRICT COURT

10

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17
18

| | | |
|---|---|---|
| ROY LORENZO SHIVERS, III, | ) | No. C 06-505 JF (PR) |
| | ) | |
| Petitioner, | ) | ORDER OF TRANSFER |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| MIKE EVANS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| _____ | ) | |

19
20
21
22
23
24
25
26
27
28

Petitioner, a state prisoner proceeding pro se, filed an application to file a delayed
or successive petition under 28 U.S.C. § 2254 in the Ninth Circuit Court of Appeals.  On
January 26, 2006, the instant habeas action was transferred to this Court, as an original
habeas petition pursuant to § 2254.  On February 27, 2006, Petitioner filed a motion for
extension of time to file and complete his in forma pauperis application due to his transfer
to a new prison facility.  The Court granted Petitioner's motion for extension of time to
file an in forma pauperis application.  Petitioner has filed a motion to proceed in forma
pauperis and two motions for discovery.  Upon review of Petitioner's discovery motions,
it appears that the instant petition challenges his convictions from Riverside County.

1    Venue for a habeas action is proper in either the district of confinement or the

2    district of conviction, 28 U.S.C. § 2241(d); however, petitions challenging a conviction

3    are preferably heard in the district of conviction.  See Habeas L.R. 2254-3(a); Laue v.

4    Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968); cf. Dunne v. Henman, 875 F.2d 244, 249

5    (9th Cir. 1989) (district of confinement best forum to review execution of sentence).

6    Accordingly, this case is TRANSFERRED to the United States District Court for

7    the Central District of California.  See 28 U.S.C. §§ 1391(b), 1404(a); Habeas L.R. 2254-

8    3(b)(1).  In view of the transfer, the Court will not rule upon Petitioner's pending motion

9    to proceed in forma pauperis and motions for discovery (docket nos. 7, 9, 10).  The Clerk

10   shall terminate all pending motions and transfer the entire file to the Central District of

11   California.

12       IT IS SO ORDERED.

13   DATED:  12/11/06

14                                              JEREMY FOGEL
                                                United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Transfer
P:\pro-se\sj.rmw\hc.06\Shivers505trans

1    A copy of this ruling was mailed to the following:

2

3    Roy Lorenzo Shivers, III
     K-48029
4    Kern Valley State Prison
     P.O. Box 6000
5    Delano, CA  93216-6000

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Transfer
P:\pro-se\sj.rmw\hc.06\Shivers505trans        3